FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

99 JUL 22 PM 4: 29

U.S. DISTRICT COURT
N.D. OF ALABAMA

LARRY GRANT,             )
                         )
        Plaintiff,       )
                         )
vs.                      )   CV 99-N-0885-S
                         )
OFFICER PAUL IRWIN and THE )
CITY OF BIRMINGHAM,      )
                         )
        Defendants.      )

ENTERED
JUL 22 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 10, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed an unsworn, unsigned document entitled "Objections" and a motion for an extension of time to submit objections, which was granted.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.



DATED this 2nd day of July, 1999.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE